## Philadelphia to use v. Dobbins, Appellant.

Argued Oct. 21, 1903. Appeals, Nos. 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141 and 142, Oct. T., 1903, by defendant, from judgment of C. P. No. 4, Phila. Co., Dec. T., 1896, Nos. 1534, 1535, 1536, 1537, 1538, 1539, 1540, 1541, 1542, 1543, 1544, 1545 and 1560, M. L. D., on verdict for plaintiff in case of Philadelphia to use of John McCann to use of Joseph N. Ruch v. Estate of Richard J. Dobbins, Deceased, et al. Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY RICE, P. J., January 21, 1904 :

These cases were tried and argued with, and involve precisely the same question as those raised in, No. 129, October term, 1903, between the same parties. For the reasons given in the opinion therein filed, the judgment in each of the above mentioned cases is affirmed.